# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (JKS) |
| Remaining Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 4716** |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estate of Woodbridge Group of Companies, LLC, *et al.*, | |
| Plaintiff, | |
| v. | |
| Gwendolyn Bissette | Adv. 19-50815 (JKS) |
| David Roitfarb | Adv. 19-50975 (JKS) |
| Bruce Moore | Adv. 19-51009 (JKS) |
| Shanoid A. Mays | Adv. 19-50993 (JKS) |
| Albert Payne | Adv. 19-50982 (JKS) |
| The Three Fourteen Company and Andres Pina | Adv. 19-50983 (JKS) |
| Gregory Neal Johnson | Adv. 19-50985 (JKS) |
| John McEnerney | Adv. 19-50999 (JKS) |
| William Deaton | Adv. 19-51019 (JKS) |
| Michael Robinson | Adv. 19-51021 (JKS) |
| Gene H. Langenberg | Adv. 19-51013 (JKS) |
| Alternative Portfolio Solutions, LLC and Richard Renshaw | Adv. 19-51036 (JKS) |
| American Prosperity LLC and Taylor Odgen | Adv. 19-51060 (JKS) |
| Dayspring Advisors Group LLC | Adv. 19-50948 (JKS) |
| Faithway Financial Solutions LLC | Adv. 19-51057 (JKS) |
| Jace T. McDonald and Adams EZ Tax, LLC | Adv. 19-51040 (JKS) |
| Floyd E. Powell | Adv. 19-51056 (JKS) |
| BCM Benefits Inc. and Rance Bradshaw | Adv. 19-51065 (JKS) |
| Forecast Financial Group LLC, Forrest Financial LLC and Gary Forrest | Adv. 19-51070 (JKS) |
| Sesco Benefit Services, Inc. and Peter Holler | Adv. 19-51064 (JKS) |
| S.J. Financial Services, L.L.C. and Glenn Johnson, | Adv. 19-51068 (JKS) |
| Defendants. | |

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 201 N. Brand Blvd., Suite M, Glendale, California 91203.

## **AFFIDAVIT OF SERVICE**

STATE OF OHIO            )
                                        ) ss.:
COUNTY OF FRANKLIN  )

ANGELA CHACHOFF, being duly sworn, deposes and says:

1. I am employed as a Case Manager by Epiq Class Action & Claims Solutions, Inc., located at 5151 Blazer Parkway, Suite A, Dublin, Ohio 43017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 11, 2022, I caused to be served the "[Cancelled Hearing] Notice of Agenda of Matters Scheduled for Hearing on January 13, 2022 at 1:30 p.m. (Prevailing Eastern Time) Before the Honorable J. Kate Stickles," dated January 11, 2022 [Docket No. 4716],

    by causing a true and correct copy to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

    b. delivered via facsimile to the party listed on the annexed Exhibit B, and

    c. delivered via electronic mail to those parties listed on the annexed Exhibit C.

3. The envelopes utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Angela Chachoff*
Angela Chachoff

Sworn to before me this
13th day of January, 2022
*/s/ Andrea R. Speelman*
Andrea R. Speelman
Notary Public, State of Ohio
Commission Expires March 21, 2024

# EXHIBIT A

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| ADAMS EZ TAX LLC | ATTN: JACE MCDONALD, R/A | 211 E JUNE STREET | | | ADAMS | WI | 53910-9304 |
| ALBERT PAYNE | 303 S. DITMAR ST | | | | OCEANSIDE | CA | 92054 |
| ALBERT PAYNE | PO BOX 5284 | | | | SHERMAN OAKS | CA | 91413-5284 |
| AMERICAN PROSPERITY LLC | ATTN: TAYLOR D. OGDEN, R/A | 1438 SOUTH 235 WEST | | | OREM | UT | 84058 |
| BCM BENEFITS INC. | ATTN: RANCE BRADSHAW, CEO | 1815 LEMOYNE | | | SYRACUSE | NY | 13208-1328 |
| BCM BENEFITS INC. | ATTN: RANCE BRADSHAW, CEO | 17502 TALLY HO COURT | | | ODESSA | FL | 33556-1815 |
| BCM BENEFITS INC. | ATTN: RANCE BRADSHAW, CEO | 104 LIND AVE | | | SYRACUSE | NY | 13211 |
| BRUCE MOORE | 12682 N RYE DR | | | | MARANA | AZ | 85653 |
| DAVID S ROITFARB | 13920 MOORPARK ST # 201 | | | | SHERMAN OAKS | CA | 91403 |
| DAYSPRING ADVISORS GROUP LLC | ATTN: LELIA WELLER, R/A | 409 RUST AVENUE | | | BIG RAPIDS | MI | 49307 |
| FAITHWAY FINANCIAL SOLUTIONS LLC | ATTN FLOYD POWELL, R/A | 3107 HIGH POINT ROAD | PO BOX 1876 | | ALBERTVILLE | AL | 35950 |
| FAITHWAY FINANCIAL SOLUTIONS LLC | PO BOX 1876 | | | | ALBERTVILLE | AL | 35950 |
| FLOYD E POWELL | PO BOX 1876 | | | | ALBERTVILLE | AL | 35950 |
| FORREST FINANCIAL LLC | ATTN: GARY A FORREST, R/A | 5250 WYNDEMERE COMMON SQ | | | SWARTZ CREEK | MI | 48473 |
| GARY A FORREST | 5250 WYNDEMERE COMMON SQUARE | | | | SWARTZ CREEK | MI | 48473 |
| GENE LANGENBERG | 121 WILGAR DR | | | | LA HABRA | CA | 90631-5219 |
| GENE LANGENBERG | 7202 SARSAPARILLA DR | | | | CORONA | CA | 92881-4134 |
| GEOFFREY JOHNSON | PO BOX 2785 | | | | TEMPE | AZ | 85280 |
| GLENN JOHNSON | 141 NIANTIC RIVER ROAD | | | | WATERFORD | CT | 06385 |
| GLENN JOHNSON | 185 BOSTON POST ROAD | | | | WATERFORD | CT | 06385 |
| GREGORY N JOHNSON | 848 N RAINBOW BLVD # 5474 | | | | LAS VEGAS | NV | 89107 |
| GWENDOLYN BISSETTE | 325 MUELLER DR | | | | CLAYTON | NC | 27520 |
| JOHN E MCENERNEY | 3202 21ST ST | | | | VERO BEACH | FL | 32960-2419 |
| MICHAEL ROBINSON | 5318 E 2ND ST # 812 | | | | LONG BEACH | CA | 90803 |
| RANCE BRADSHAW | 15733 STARLING WATER DR | | | | LITHIA | FL | 33547 |
| SESCO BENEFITS SERVICE INC | ATTN PETER D HOLLER, R/A | PO BOX 1965 | | | BRISTOL | TN | 37621 |
| SHANOID A MAYS | 16760 DEVONSHIRE ST APT 12 | | | | GRANADA HILLS | CA | 91344 |
| SJ FINANCIAL SERVICES LLC | ATTN ANN MARIE SAVONA, MEMBER | 185 BOSTON POST RD | | | WATERFORD | CT | 06385 |
| SJ FINANCIAL SERVICES, L.L.C. | ATTN: ANN MARIE SAVONA, R/A | 141 NIANTIC RIVER ROAD | | | WATERFORD | CT | 06385 |
| THE THREE FOURTEEN COMPANY | ATTN: ANDRES PINA, R/A | 13545 LEADWELL ST | | | VAN NUYS | CA | 91405-2794 |

**EXHIBIT B**

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Fax |
|---|---|---|---|---|---|---|---|---|
| MCCABE, WEISBERG & CONWAY, LLC | ATTN MICHAEL K PAK ESQ | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 | 8554251980 |

# EXHIBIT C

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| AKERMAN LLP | ATTN: MICHAEL I GOLDBERG, ESQ | 201 E LAS OLAS BLVD STE 1800 | | | FORT LAUDERDALE | FL | 33301-4442 | Michael.goldberg@akerman.com |
| CHIPMAN BROWN CICERO & COLE, LLP | ATTN ROBERT A WEBER, MARK L DESGROSSEILLIERS | HERCULES PALZA | 1313 NORTH MARKET ST, STE 5400 | | WILMINGTON | DE | 19801 | weber@chipmanbrown.com; desgross@chipmanbrown.com |
| KTBS LAW LLP | ATTN JONATHAN M. WEISS | 1801 CENTURY PARK EAST, 26TH FLR | | | LOS ANGELES | CA | 90067 | jweiss@ktbslaw.com |
| KTBS LAW LLP | ATTN DAVID A. FIDLER | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067 | dfidler@ktbslaw.com |
| KTBS LAW LLP | ATTN MICHAEL L. TUCHIN | 1801 CENTURY PARK E STE 2600 | | | LOS ANGELES | CA | 90067-2328 | mtuchin@ktbslaw.com |
| MCCABE, WEISBERG & CONWAY, LLC | ATTN JANET Z. CHARLTON | 1407 FOULK ROAD, SUITE 204 | | | WILMINGTON | DE | 19803 | jcharlton@mwc-law.com |
| OFFICE OF THE UNITED STATES TRUSTEE | REGION 3 | ATTN TIMOTHY J. FOX, JR | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | WILMINGTON | DE | 19801 | Timothy.Fox@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN RICHARD M. PACHULSKI | 10100 SANTA MONICA BOULEVARD, 13TH FLOOR | | | LOS ANGELES | CA | 90067-4100 | rpachulski@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN BRADFORD J SANDLER | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | bsandler@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN COLIN R. ROBINSON | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19801 | crobinson@pszjlaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN ANDREW W CAINE | 919 N. MARKET STREET, 17TH FLOOR | | | WILMINGTON | DE | 19899 | acaine@pszjlaw.com |
| RYAN LAW GROUP PLLC | ATTN MICHAEL J RYAN, ESQ | 636 US HIGHWAY 1 STE 110 | | | NORTH PALM BEACH | FL | 33408 | mikeryan32645@yahoo.com |
| SQUIRE PATTON BOGGS (US) LLP | ATTN CHRISTOPHER J. GIAIMO | 2550 M STREET, NW | | | WASHINGTON | DC | 20037 | christopher.giaimo@squirepb.com |
| U.S. DEPARTMENT OF JUSTICE CIVIL DIVISION | P.O. BOX 875 | ATTN: J. ZACHARY BALASKO | BEN FRANKLIN STATION | | WASHINGTON | DC | 20044-0875 | john.z.balasko@usdoj.gov |
| YOUNG & BROOKS, P.A. | ATTN STUART A. YOUNG, ESQ. | 1860 FOREST HILL BLVD., SUITE 201 | | | WEST PALM BEACH | FL | 33406 | syoung@ybplaw.com |

| Name | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| ALTERNATIVE PORTFOLIO SOLUTIONS LLC | ATTN: RICHARD RENSHAW | 633 LAKEVIEW RD | | | LAKE ST LOUIS | MO | 63367 | rich.findme@gmail.com |
| SESCO BENEFITS SERVICE INC | ATTN PETER D HOLLER, R/A | PO BOX 1965 | | | BRISTOL | TN | 37621 | phorrer@sbs4benefits.com |
| WILLIAM DEATON | PO BOX 1482 | | | | PINELLAS PARK | FL | 33780 | deaton.william@hotmail.com |